UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-80656-CIV-RYSKAMP/VITUNAC

JAN BRONSTEIN, an individual,

    Plaintiff,

v.

MARC BRONSTEIN, an individual, VALUBULID
PANEL HOMES CORP., a Florida Corporation, and
AMERIPANEL HOMES CORP., a Florida Corporation,

    Defendants.
_____/

MARC BRONSTEIN, an individual, VALUBUILD
PANEL HOMES CORP., a Florida Corp., and AMERIPANEL
HOMES CORP., a Florida Corporation,

    Counter-Plaintiffs,

v.

JAN BRONSTEIN, an individual a/k/a "JAN BROWN"
a/k/a JAN BROWN'S VALUBUILD PANEL HOMES CORP.,

    Counter-Defendant.
_____/

## ORDER DENYING EMERGENCY MOTION FOR INJUNCTIVE RELIEF AND ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court pursuant to Valubuild Panel Homes Corp.'s Emergency Motion for Injunctive Relief, filed September 12, 2006 **[DE 12]**. The undersigned referred the motion to Chief United States Magistrate Judge Ann E. Vitunac, who held a two-day hearing on September 19 and 20, 2006 and issued a Report and Recommendation October 3, 2006 **[DE 32]**. Valubuild Panel Homes Corp. filed objections to the Report and

Recommendation on October 20, 2006 **[DE 34]**.  Jan Bronstein responded to the objections on December 21, 2006 **[DE 56]**.  This motion is ripe for adjudication.

The Court has reviewed the facts of this case and as presented in the Report and Recommendation and hereby adopts those findings.  The Court also adopts the Report and Recommendation's legal conclusions.  The Report and Recommendation properly considered "the totality of the circumstances," including the disputed ownership of Valubuild Panel Homes Corp., in its determination that Valubuild Panel Homes Corp. failed to establish to a substantial likelihood that it would prove it owns the marks in question.  See Planetary Motion, Inc. v. Techsplosion, Inc., 261 F.3d 1188, 1195 (11th Cir. 2001).  Valubuild Panel Homes Corp. also raises several arguments in its objections that it did not raise before the magistrate, such as Jan Bronstein's supposed abandonment of the marks, Jan Bronstein's being barred from using the marks due to the laches doctrine, and Valubuild Panel Homes Corp.'s supposed acquisition of the marks through "naked license."  These argument are not properly presented to the district court.  The Court finds no other error in the Report and Recommendation.  Accordingly, it is hereby

ORDERED AND ADJUDGED that the Report and Recommendation is ADOPTED. Valubuild Panel Homes Corp.'s Emergency Motion for Injunctive Relief **[DE 12]**, is DENIED.

DONE AND ORDERED at Chambers in West Palm Beach, Florida this 26th day of February, 2007.

Copies provided:                             Kenneth L. Ryskamp
Honorable Ann E. Vitunac                     KENNETH L. RYSKAMP
all parties and counsel of record            UNITED STATES DISTRICT JUDGE